UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LEMMIE STRAUGHTER,

    Petitioner,

v.                                                     Case No. 3:17cv457-LC-CJK

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS,

    Respondent.

_____/

## REPORT AND RECOMMENDATION

This habeas case, filed under 28 U.S.C. § 2254, is before the court on petitioner's motion for summary judgment based on respondent's failure to respond to his petition. (Doc. 16). Petitioner's motion fails to comply with the court's procedural rules governing summary judgment motions. *See* N.D. Fla. Loc. R. 56.1. Even if in proper form, petitioner's motion provides no basis for summary judgment or default judgment. Respondent timely moved to extend her time to answer to April 30, 2018, and the court granted the extension. (Docs. 14, 15). Moreover, neither default nor summary judgment is appropriate due to the failure to timely respond to a petition for writ of habeas corpus. *See, e.g., Aziz v. Leferve*, 830 F.2d 184, 187 (11th Cir. 1987) (finding that a default judgment is not contemplated in habeas

corpus cases); *Goodman v. Keohane*, 663 F.2d 1044, 1048 n. 4 (11th Cir. 1981) (rejecting petitioner's argument that the government's tardiness in responding to his petition entitled him to habeas relief).

Accordingly, it is respectfully RECOMMENDED:

That petitioner's motion for summary judgment (doc. 16) be DENIED.

At Pensacola, Florida this 6th day of April, 2018.

<u>/s/ *Charles J. Kahn, Jr.*</u>
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within 14 days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon the magistrate judge and all other parties. A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.