UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LEMMIE STRAUGHTER,

    Petitioner,

v.                                        Case No. 3:17cv457-LC-CJK

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS,

    Respondent.

_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated April 6, 2018. (Doc. 17). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted. Accordingly, it is ORDERED:

    1. The Magistrate Judge's Report and Recommendation (doc. 17) is adopted and incorporated by reference in this order.

2. Petitioner's motion for summary judgment (doc. 16) is DENIED.

**ORDERED** on this 7th day of May, 2018.

    s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**